1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KAREN R. RANSOM** | ) | Case No. CIV-08-2695 EFB |
| | ) | |
| **Plaintiff,** | ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | ) | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | ) | |
| **Defendant.** | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 2, 2009, to June 5, 2009. This extension is Plaintiff's first request for an extension and is required due to Plaintiff's counsel's extremely heavy briefing through the end of May 2009.

////

////

////

1

| | | |
|---|---|---|
| Dated: April 2, 2009 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |

Attorney for Plaintiff

Dated: April 2, 2009                     McGregor W. Scott
                                                United States Attorney
                                                /s/  *Theophous J. Reagans*
                                                  THEOPHOUS J. REAGANS

                                                  Special Assistant U.S. Attorney
                                                  Social Security Administration

                                                  Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: April 13, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE