IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN R. RANSOM,

       Plaintiff,                    No. CIV S-08-2695 EFB

       vs.

MICHAEL J. ASTRUE,          <u>ORDER</u>
Commissioner of Social Security,

       Defendant.
_____/

      On June 28, 2010, plaintiff filed a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Dckt. No. 24. As of the date of this order, defendant has not filed either an opposition or a statement of non-opposition in response to plaintiff's motion. Accordingly, IT IS HEREBY ORDERED that, on or before September 8, 2010, defendant shall (1) file a stipulation and proposed order resolving plaintiff's fee motion, or (2) file an opposition in response to plaintiff's motion.

      SO ORDERED.

DATED: August 11, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE