1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8938
        Facsimile:  (415) 744-0134
7       E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          **SACRAMENTO DIVISION**

12

13  KAREN R. RANSOM,                )
                                    )   CIVIL NO. 2:08-CV-2695 EFB
14          Plaintiff,              )
                                    )   STIPULATION AND PROPOSED ORDER
15       v.                         )   SETTLING ATTORNEY'S FEES
                                    )   PURSUANT TO THE EQUAL ACCESS TO
16  MICHAEL J. ASTRUE,              )   JUSTICE ACT, 28 U.S.C. § 2412(d)
    Commissioner of                 )
17  Social Security,                )
                                    )
18          Defendant.              )
    _____)

19

20       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

22  Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND DOLLARS AND

23  XX/CENTS ($5,000.00).  This amount represents compensation for all legal services rendered on behalf

24  of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

25       After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

26  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

27  to Astrue v. Ratliff, - S.Ct. - , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the

28  assignment will depend on whether the fees, expenses are subject to any offset allowed under the United

States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses [and costs] is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Bess E. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: July 26, 2010

/s/ *Bess E. Brewer*
*(As authorized via email)*
BESS E. BREWER
Attorney for Plaintiff

Dated: July 26, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED.**

Dated:  August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2